AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Dell Laptop Computer
serial number

**SEARCH WARRANT**

CASE NUMBER:

**06 - 5 0 7 - M - 0 1**

TO: _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Detective Timothy Palchak_   who has reason to believe that
(name, description and or location)

See Attached

in the District of Columbia, there is now located certain person or property, namely (describe the person or property)

**a Dell Laptop Computer bearing serial number**                    **and data stored therein** □ □ □

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____ *December 21, 2006* _____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search □ (in the daytime - 6:00 A.M. to 10:00 P.M.) □ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 11 2006
_____
Date and Time Issued

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**
_____
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 12/11/06 | 12/12/06 | N/A In MPD Custody |

**INVENTORY MADE IN THE PRESENCE OF**

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

Laptop Computer examined by Ice on 12/12/06
Dell —

FILED

DEC 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

✗ _____

Subscribed, sworn to, and returned before me this date.

_____        12/21/06
U.S. Judge or U.S. Magistrate Judge        Date